IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Katz, Latanya A

Printed: 01/29/09

Case Number:  08 B 10496
Judge:  Squires, John H
Filed:  4/27/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed:  December 17, 2008
Confirmed:  September 24, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,515.00 |  |
| Secured: |  | 625.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 790.56 |
| Trustee Fee: |  | 99.44 |
| Other Funds: |  | 0.00 |
| Totals: | 1,515.00 | 1,515.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,474.00 | 790.56 |
| 2. | HSBC Auto Finance | Secured | 17,328.61 | 625.00 |
| 3. | Internal Revenue Service | Priority | 4,452.20 | 0.00 |
| 4. | Commonwealth Edison | Unsecured | 672.71 | 0.00 |
| 5. | HSBC Auto Finance | Unsecured | 694.07 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 211.00 | 0.00 |
| 7. | Genesis Clinical Lab | Unsecured | 1,568.90 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 1,690.00 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 2,318.60 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 12,193.03 | 0.00 |
| 11. | Advocate Trinity Hospital | Unsecured |  | No Claim Filed |
| 12. | American Collection Corp | Unsecured |  | No Claim Filed |
| 13. | Advocate South Suburban Hosp | Unsecured |  | No Claim Filed |
| 14. | Capital One | Unsecured |  | No Claim Filed |
| 15. | American Recovery System | Unsecured |  | No Claim Filed |
| 16. | Chicago Post Office Employee C U | Unsecured |  | No Claim Filed |
| 17. | Collect Systems | Unsecured |  | No Claim Filed |
| 18. | Certified Services | Unsecured |  | No Claim Filed |
| 19. | LaSalle Bank NA | Unsecured |  | No Claim Filed |
| 20. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 21. | Medical Collections | Unsecured |  | No Claim Filed |
| 22. | Illinois Lending Corporation | Unsecured |  | No Claim Filed |
| 23. | Medical Collections | Unsecured |  | No Claim Filed |
| 24. | Marquette Radiology Associates | Unsecured |  | No Claim Filed |
| 25. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 26. | Illinois Collection Service | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Katz, Latanya A | Case Number: 08 B 10496 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 01/29/09 | Filed: 4/27/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | MRSI | Unsecured | | No Claim Filed |
| 28. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 29. | National Quick Cash | Unsecured | | No Claim Filed |
| 30. | MRSI | Unsecured | | No Claim Filed |
| 31. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 32. | Midwest Diagnostic Pathology, SC | Unsecured | | No Claim Filed |
| 33. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 34. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 35. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 36. | Rogers Pontiac | Unsecured | | No Claim Filed |
| 37. | RJM Acquisitions LLC | Unsecured | | No Claim Filed |
| 38. | Short Term Loans LLC | Unsecured | | No Claim Filed |
| 39. | Premier Credit | Unsecured | | No Claim Filed |
| 40. | Short Term Loans LLC | Unsecured | | No Claim Filed |
| 41. | University of Illinois | Unsecured | | No Claim Filed |
| 42. | South Shore Hospital | Unsecured | | No Claim Filed |
| 43. | US Cash Loan Machine | Unsecured | | No Claim Filed |
| | | | $ 44,603.12 | $ 1,415.56 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 34.75 |
| 6.6% | 64.69 |
| | $ 99.44 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

